UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk02174 |
| Golden Wing Properties, Inc., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO LORI WEST AND THE FIRM OF APRIO ADVISORY GROUP, LLC,
ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $2,675.00 | TOTAL COSTS REQUESTED: | $ 00.00 |
| TOTAL FEES REDUCED: | $65.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $2,610.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $2,610.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $65.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

ENTERED:

Dated: February 24, 2026

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**Golden Wing Properties, Inc.**
**Billing Detail for Invoice 305224**

| Date | Staff | Hours | Amount | Rate |
|------|-------|-------|--------|------|
| 08/01/2024 | | | | |
| 08/01/2024 | West, Lois | 2.00 | $650.00 | $325.00 |

Review information received from trustee. Prepare workpapers and summarize activity for fiscal year ended 6/30/24. Prepare federal and state corporate returns for **fiscal year ended 6/30/24 - forms 1120 and IL-1120**. Draft statement for attachment to returns re: bankruptcy filing.

| | | | | |
|------|-------|-------|--------|------|
| 08/02/2024 | | | | |
| 08/02/2024 | West, Lois | 0.70 | $227.50 | $325.00 |

Finalize returns for fiscal year ended 6/30/24 - forms 1120 and IL-1120.

| | | | | |
|------|-------|-------|--------|------|
| 08/05/2024 | | | | |
| 08/05/2024 | West, Lois | 0.50 | $162.50 | $325.00 |

Final review of workpapers and returns for fiscal year ended 6/30/24 - forms 1120 and IL-1120. Send to processing.

| | | | | |
|------|-------|-------|--------|------|
| 08/07/2024 | | | | |
| 08/07/2024 | Hollander, Debra | 0.50 | $150.00 | $300.00 e-filed returns |

| | | | | |
|------|-------|-------|--------|------|
| 10/30/2024 | | | | |
| 10/30/2024 | West, Lois | 0.50 | $162.50 | $325.00 |

Respond to notice re: payment of tax due for period ended 6.30.24. Emails with J. Niese re: payments made.

| | | | | |
|------|-------|-------|--------|------|
| 11/18/2024 | | | | |
| 11/18/2024 | West, Lois | 0.30 | $97.50 | $325.00 |

Draft letter to Internal Revenue Service re: notice received - informing them of the bankruptcy filing.

Invoice #305224 Total: **$1,450.00**

**Golden Wing Properties, Inc.**
**Billing Detail for Invoice 1143084**

**Golden Wing Properties, Inc. - Final 2024 return**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 03/03/2025 | Lois West | *Review information received from trustee. Review bankruptcy documents re: basis in contracts sold by trustee.* | 0.50 | 415.00 | 207.50 |
| 03/10/2025 | Lois West | *Prepare workpapers and returns for **final period ended 2/28/25 - forms 1120 and IL-1120.*** | 2.00 | 415.00 | 830.00 |
| 03/11/2025 | No Staff Allocated | *2024 Tax Return Processing* | 0.00 | 0.00 | 350.00 |
| | **2024 1120 Business Tax Total** | | 2.50 | | 1,387.50 |
| | **Golden Wing Properties, Inc. Total** | | 2.50 | | 1,387.50 |
| | **Discount** | | | | (162.50) |
| | **Invoice 1143084 Total** | | | | **$1,225.00** |
| | **GRAND TOTAL** | | | | **$2,675.00** |