UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk02174 |
| Golden Wing Properties, Inc., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO THOMAS E SPRINGER AND THE LAW FIRM OF SPRINGER LARSEN,
LLC, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND
PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:   $26,015.50      TOTAL COSTS REQUESTED:   $341.57
TOTAL FEES REDUCED:     $510.70         TOTAL COSTS REDUCED:     $0.00
TOTAL FEES ALLOWED:     $25,504.80      TOTAL COSTS ALLOWED:     $341.57

TOTAL FEES AND COSTS ALLOWED: $25,846.37

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Unreasonable Time – TOTAL of disallowed amounts: $237.50

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)). However, for

applications for compensation that request total fees of $10,000.00 or less, this Court will allow compensation for the time devoted to the preparation of the fee application itself in the following manner:  For the first $5,000.00 of total compensation requested, this Court will limit time devoted to preparation of the fee application to 10% of total compensation requested and will allow 5% of additional total compensation requested for time devoted to preparation of the fee application.

(2)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $273.20</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

Dated:  February 24, 2026

Timothy A. Barnes, Judge
United States Bankruptcy Court

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| 9/28/2023 | Preparation of Notice of Motion and Order for application to employ T. Springer and Springer Larsen, LLC as general counsel to the trustee. | TES | 0.60 | $279.00 |
| 9/28/2023 | Preparation of Motion and Order to Employ L. West as accountant to the trustee | TES | 0.60 | $279.00 |
| 10/11/2023 | Attendance at hearing on motion to employ SLG and accountant | JDG | 0.50 | $227.50 |
| 10/26/2023 | Preparation of Notice of Motion and Order to employ Moglia Advisor's as financial advisors to the trustee. | TES | 1.00 | $465.00 |
| 5/9/2024 | Forward of motion to trustees retained accountant L. West. | TES | 0.10 | $47.50 |
| 12/23/2024 | Email inquiry and response to trustee re: payment of estate accountant fees and requirements for a motion for same. | TES | 0.20 | $95.00 |
| 1/7/2025 | Inquiry and response with confirmation of employment of trustee's accountant and motion. | TES | 0.20 | $95.00 |
| 8/7/2025 | Divide all attorney time into categories (.5) Begin drafting first and final fee application as general counsel to the trustee.begin drafting .5) | MMS | 1.00 | $465.00 |
| 08/11/25 | Draft first and final fee application as Accountant to the trustee and proposed Order | MMS | 1.00 | $465.00 |
| 08/13/25 | Draft Fee application narrative as general counsel to the Trustee and propsoed Order | MMS | 1.30 | $604.50 |
| 08/13/25 | Review and revise Fee applicaton as counsel to the Trustee | TES | 0.50 | $237.50 |
| | Anticipated Court appearance on Final fee applications for Cousnel, Accountant and Trustee | TES | 0.50 | $237.50 |
| | TOTALS | | 7.50 | $3,497.50 |

Employment of Professionals and Preparation of Fee Applications
**EXHIBIT A**

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| 12/28/23 | Telephone conference with trustee and staff re: multiple administration issues and status. | TES | 1.00 | $465.00 |
| 03/13/24 | Emails to/from trustee regarding inquiry to US Trustee for substantive consolidation. | TES | 0.40 | $190.00 |
| 04/02/24 | Begin drafting chapter 7 petition GW Mobile Homes LLC aka Golden Wings Mobile Homes. Coordinate with R. Larsen and trustee and trustee staff for same period. | TES | 1.50 | $712.50 |
| 04/03/24 | Follow up emails to/from trustee regarding mutual creditors for both related substantive chap. 7 petitions. | TES | 0.20 | $95.00 |
| 04/03/24 | Multiple emails to/from trustee regarding preparation of petition and schedules for related chap. 7. | TES | 0.40 | $190.00 |
| 04/03/24 | Review of petition and schedules for Golden Wing Mobile Homes with R. Larsen. Updates to same after review of documents and information. | RGL | 1.00 | $465.00 |
| 04/03/24 | Emails to/from debtor counsel for information related to GW Mobile Homes LLC. | TES | 0.50 | $237.50 |
| 04/04/24 | Emails to/from counsel for debtors with request to amend schedules to reflect assets and liabilities of updated estate including substantive consolidation anticipation. | TES | 0.30 | $142.50 |
| (2) 04/04/24 | Multiple email to/from trustee re: consolidation and synthesis of information for both chapter 7 estates in anticipation of subsistence consolidation. Review of data and update to Golden Wing properties chapter 7 petition and schedules . | TES | 1.90 | $902.50 |
| 04/05/24 | Preparation filing of certificate of relatedness to second petition and schedules. Information with clerk | TES | 0.20 | $95.00 |
| 04/05/24 | Emails to/from trustee regarding updated data and input to related chap 7 position and schedules for Golden Wing Properties. Update draft of same. | TES | 1.50 | $712.50 |
| 04/16/24 | Emails from/to trustee regarding open items and task list to both related substantively consolidated anticipation cases. | TES | 0.20 | $95.00 |
| 04/29/24 | Email from/to trustee re: substantively consolidation request and impending confirmation discussion with U.S. trustee for same. | TES | 0.20 | $95.00 |
| 05/07/24 | Confirmation email to trustee regarding status of multiple issues. | TES | 0.10 | $47.50 |
| 05/08/24 | Forward of draft motion for substantive consolidation with additional recommendations to trustee. | TES | 0.20 | $95.00 |
| 06/03/24 | Confirmation with debtor counsel re: non-objection to motion. | TES | 0.10 | $47.50 |

Investigation of Assets, Case consolidation and General Estate Administration

**EXHIBIT A**

| | Date | Description | | Hours | Amount |
|---|---|---|---|---|---|
| (2) | 06/05/24 | Court Appearance for Hearing on motion for substantive consolidation. Draft Order to follow; Prepare DOTF; Confirmation of same and result to trustee and staff. | TES | 1.00 | $475.00 |
| | 06/11/24 | Email inquiry and response to trustee regarding status on cases and motions with orders entered. | TES | 0.20 | $95.00 |
| | 08/14/24 | Telephone conference with trustee  re: status on multiple issues in estate administration. | TES | 0.50 | $237.50 |
| | 10/08/24 | Email to/from buyer and trustee re: status of earnest money. Inquiry re: closing date of transaction. | TES | 0.40 | $190.00 |
| | 11/23/24 | Email inquiry and a response to  trustee re: inquiries by claimant. | TES | 0.20 | $95.00 |
| | 02/14/25 | Telephone conference with trustee and staff re: final preference and fraudulent conveyance analysis, posture and results. | TES | 0.60 | $285.00 |
| | | | **TOTALS** | **12.60** | **$5,965.00** |

Investigation of Assets, Case consolidation and General Estate Administration

**EXHIBIT A**

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| 01/15/25 | Emails from/to trustee re: treatment of claim and necessary support documentation. | TES | 0.30 | $142.50 |
| 02/20/25 | Emails from/to trustee re: status of claims review and necessary objections. Review of support documentation with attachment to necessary claim objections. | MMS | 0.40 | $186.00 |
| 03/05/25 | Telephone conference with trustee, trustee staff re: claim objection review. | TES | 0.40 | $190.00 |
| 03/20/25 | Draft Objection to Claim 2 of Yassim and proposed Order | MMS | 0.80 | $372.00 |
| 03/25/25 | Forward claim objection and proposed order to trustee. Information and inquiry. | TES | 0.20 | $95.00 |
| 04/08/25 | Emails from/ to trustee re: inquiry and review of filed claimant, A. Sayaman, with documentation and directive for filing a claim if appropriate. | TES | 0.30 | $142.50 |
| 05/07/25 | Court appearance. Objection to claim # 2 of T. Yassim. Hearing continued for additional documentation and follow-up by claimant. | TES | 0.60 | $285.00 |
| 05/08/25 | Telephone conference with trustee  re: claim objections and claim review where objections are needed. | TES | 0.40 | $190.00 |
| 05/16/25 | Receipt, review and forward of reply and information from claimant, T. Yassim. | TES | 0.30 | $142.50 |
| 05/21/25 | Conference call with trustee and claimant, T. Yassim, re: claim objection and support documentation and history of claim repayment. | TES | 0.80 | $380.00 |
| 05/21/25 | Court Appearance On Objection to Claim 2 of Tami Yassim; continued to 6/4/25 | TES | 0.60 | $285.00 |
| 05/29/25 | Email to/from claimant, T. Yassim, re: Courts continuance of motion with date and time. | TES | 0.20 | $95.00 |
| 06/11/25 | Court Appearance on continued Objection to Claim | TES | 0.50 | $237.50 |
| (2) 06/19/25 | Review of Court docket to confirm mooting claim objection and withdrawal of claim by T. Yassim. Pull updated claim registry entry for claim withdrawal. Contact chambers for updated status on inquiry. Update to trustee. | TES | 0.60 | $285.00 |
| 07/01/25 | Review claims of IRS and IDOR; (.2) telephone conference with IDOR as part of claim is post petition; rep says based on the tax return filed by Trustee's accountant; (.2)Email to Lois re: does estate owe this money(.1) | MMS | 0.50 | $232.50 |
| | | TOTALS | 6.90 | $3,260.50 |

Claims Analysis and Objections
**EXHIBIT A**

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| 09/14/23 | Multiple emails and telephone conference with debtor counsel re: multiple entity ownership and membership interests to both debtor related LLC's. | TES | 0.60 | $279.00 |
| 09/15/23 | Correspondence with trustee re: summary of findings and results from discussion with debtor's counsel to trustee. Breakdown of LLC interest ownerships. | TES | 0.60 | $279.00 |
| 09/20/23 | Email correspondence in response to trustee including insurance policy, status on multiple mobile home units and agreement with potential landlord ownership. | TES | 0.40 | $186.00 |
| 09/24/23 | Email inquiry and answer to trustee re: capture of missing tax returns and need for employment trustee accountant. | TES | 0.30 | $139.50 |
| 09/26/23 | Telephone conference with trustee and staff. | TES | 1.00 | $465.00 |
| 10/02/23 | Telephone conference with trustee and staff re: multiple issues. | TES | 0.80 | $372.00 |
| 10/21/23 | Receipt and review of item summary and issues and inquiries from trustee. Review of file and reference attached. | TES | 1.00 | $465.00 |
| 10/22/23 | Multiple emails  to/from debtor counsel  and trustee. | TES | 0.40 | $186.00 |
| 10/30/23 (2) | Multiple issue responses to trustee's inquiry. Update motion to employ financial advisors based on input from | TES | 0.80 | $372.00 |
| 11/08/23 (2) | Update to trustee re: need for amended order for draft order to follow. Amendment to order for filing with Court. Draft to follow call. | TES | 0.50 | $232.50 |
| 11/09/23 (2) | Court Appearance on motion to employ financial advisors. Update on account receivable status from trustee staff. Draft to follow on order. | TES | 1.00 | $465.00 |
| 11/14/23 | Draft demand letter to accountant Kaczor for document turnover. Multiple emails to/from Trustee regarding status of same and turnover of documents necessary for their accounts receivables review and administration. | TES | 1.50 | $697.50 |
| 11/21/23 | Receipt and review email from/to trustee on status of document demand to accountant. | TES | 0.30 | $139.50 |
| 12/01/23 | Draft Motion to compel turnover to accountant Kaczor. | TES | 0.90 | $418.50 |
| 12/01/23 | Multiple emails to/from trustee re: status of turn-over motion and request. Review of draft. | TES | 0.60 | $279.00 |
| 12/04/23 | Telephone conference with Trustee and Trustee staff regarding status of case including management and turnover of open accounts and review for potential turnovers and avoidances. | TES | 0.80 | $372.00 |

Mobile Home Contracts

**EXHIBIT A**